*In re* RAFAEL DÁVILA RIVERA.

*Número:* TS-3621          *Resuelto:* 28 de septiembre de 2003

*Rafael A. Dávila,* peticionario que comparece por derecho propio.

## RESOLUCIÓN

Sala Especial de Verano integrada por el JUEZ PRESIDENTE SEÑOR ANDRÉU GARCÍA y los JUECES ASOCIADOS SEÑORES CORRADA DEL RÍO y RIVERA PÉREZ.

Vista la Moción para solicitar la reinstalación, y al surgir del expediente que el 17 de septiembre de 1999 el Colegio de Abogados presentó una Moción de Desistimiento en la que señala que el abogado pagó la deuda con la institución el 13 de septiembre de 1999, se autoriza la reinstalación del peticionario, Rafael Dávila Rivera, al ejercicio de la abogacía.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*